IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00838-EWN-KMT

SEDRICK LATROY McKINNEY,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendant's Motion to Vacate the Preliminary Pretrial Conference and Set a Settlement Conference" (# 27, filed June 20, 2008) is GRANTED in part. The preliminary pretrial conference set for Monday, June 23, 2008, at 9:45 a.m. will be converted to a status conference.

Dated: June 20, 2008