IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00838-EWN-KMT

SEDRICK LATROY McKINNEY,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendant's Motion to Vacate the July 15, 2008 [sic] Preliminary Pretrial Conference and Set for Future Status Conference" (#32, filed July 10, 2008) is **GRANTED**. The Preliminary Pretrial Conference set for July 14, 2008 is **VACATED**. A Status Conference is set for **July 30, 2008 at 9:45 a.m.**

Dated: July 11, 2008