IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00838-EWN-KMT

SEDRICK LATROY McKINNEY,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Although the plaintiff moves for entry of a "stipulated" protective order, there is no indication in the motion that the protected order submitted by plaintiff is stipulated. Plaintiff failed to confer with defendant before filing his present motion. The Tenth Circuit has cautioned that pro se litigants "must follow the same rules of procedure that govern other litigants." *Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992) ("[W]e have repeatedly upheld dismissals in situations where the parties themselves neglected their cases or refused to obey court orders." (citing cases)). The Local Rules of Practice for the District of Colorado (effective April 15, 2002 with updates through January 1, 2008) require all parties to confer on motions and other disputes before a motion is filed. D.C.Colo.LCivR 7.1A; *see also Visor v. Sprint*, 1997 WL 796989 (D. Colo. 1997). Therefore, "Plaintiff's Motion for Entry of Stipulated Protective Order" (#38, filed August 22, 2008) is DENIED.

Dated: August 26, 2008