# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

Civil Action No.  07-cv-00838-PABKMT          FTR

**Date:**  January 15, 2009                              Debra Brown, Deputy Clerk

SEDRICK LATROY McKINNEY                          Pro se (Telephone)

                              Plaintiffs.

v.

USA                                              J. Benedict Garcia

                              Defendant.

---

## COURTROOM MINUTES / MINUTE ORDER

---

**STATUS/FINAL PRETRIAL CONFERENCE**

**Court in Session: 9:10 a.m.**

Court calls case.  Appearance of counsel. Appearance by Sedrick Latroy McKinney, Plaintiff, pro se by telephone

Discussion regarding Plaintiff's recently filed Motion to Vacate Final Pretrial Conference and set Status Conference [Document #65, filed January 14, 2009].

**ORDERED:**    Plaintiff's "Motion to Vacate Final Pretrial Conference and set Status Conference" [Document #65, filed January 14, 2009] is **GRANTED in part and DENIED in part.** The Final Pretrial Conference is vacated. All other requests in the motion are **DENIED.**

**ORDERED:**    Plaintiff's Motion to utilize depositions taken in related case will be filed on or before January 22, 2009. Responses due within twenty (20) days from filing and reply due within fifteen (15) days after response filed.

**ORDERED:**    **COLEMAN MEDIUM FEDERAL CORRECTIONAL INSTITUTION, Inmate Mail/Parcels, P.O. BOX 1032, COLEMAN, FL 33521 shall carefully monitor Mr. McKinney's incoming legal mail to be sure he receives all documents from the Court and that his mail is not confused with another prisoner with the same last name.**

**ORDERED:**    The Clerk of the Court is directed to send a copy of the Minute Order [Document #58, dated November 26, 2008] to Plaintiff at the current listed address.

**ORDERED:** Defense counsel shall provide plaintiff a proposed Final Pretrial Order within one week of this hearing with Plaintiff's portion completed. Plaintiff will have twenty (20) days after receipt to provide his inclusions for the Final Pretrial Order to Defendant's counsel. Counsel for Defendant will provide a copy of the complete Final Pretrial Order to Plaintiff for review no later than March 09, 2009.

**ORDERED:** The Dispositive Motion deadline is extended to March 09, 2009. All other deadlines remain the same.

**ORDERED:** **FINAL PRETRIAL CONFERENCE is set for April 14, 2009 at 9:30 a.m. in Courtroom C-205, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado. Plaintiff and his case manager, or a representative of the facility, shall contact the Court at (303) 335-2780 on the above date and time in order to participate** (See www.cod.uscourts.gov for more information.) Confidential settlement statements are due to Magistrate Judge Tafoya (and not to the trial judge) via e-mail, as a PDF attachment, at Tafoya_Chambers@cod.uscourts.gov five (5) business days prior to the Settlement Conference. In the subject line of the e-mail, counsel shall list the case number, short caption, and "confidential settlement statement." All attorneys, parties and/or representatives with full settlement authority shall be present at the settlement conference. Valid photo identification is required to enter the courthouse.

The parties may request a further settlement conference by motion.

**Court in Recess: 9:27 a.m.**
Total In-Court Time 0:17; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.